1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9   SCOTT N. JOHNSON,

10              Plaintiff,                    Civ. No. S-11-2592 KJM KJN
          vs.

11                                           ORDER

12   RICKY CHU, et al.,

13              Defendants.
    _____/

14

15          This case is currently set for a pretrial scheduling conference on February 15,

16   2012.  Although plaintiff has submitted a status report, defendants have not participated in its

17   preparation.

18          IT IS THEREFORE ORDERED:

19          1.  The scheduling conference set for February 15, 2012 is vacated and reset for

20   March 29, 2012 at 2:30 p.m.;

21          2.  The Clerk of the Court is directed to send defendants a copy of this court's

22   standing order describing the contents of the required status report; and

23          3.  The defendants are directed to submit individual status reports about the

24   progress of this case no later than March 15, 2012.

25   DATED:  February 14, 2012.

26
                                    _____
                                    UNITED STATES DISTRICT JUDGE

                                    1