IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,                              Civ. No. S-11-2592 KJM KJN

   vs.

                                         ORDER

RICKY CHU, et al.,

        Defendants.

_____/

        This case is currently set for a pretrial scheduling conference on February 15, 2012.  Although plaintiff has submitted a status report, defendants have not participated in its preparation.

        IT IS THEREFORE ORDERED:

        1.  The scheduling conference set for February 15, 2012 is vacated and reset for March 29, 2012 at 2:30 p.m.;

        2.  The Clerk of the Court is directed to send defendants a copy of this court's standing order describing the contents of the required status report; and

        3.  The defendants are directed to submit individual status reports about the progress of this case no later than March 15, 2012.

DATED:  February 14, 2012.

                                                   UNITED STATES DISTRICT JUDGE

1